UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| GREGORY CHARLES COLE, | ) | Civil Action No. 5:20-cv-02116-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 16th day of May, 2022, upon consideration of the Parties' STIPULATION it is hereby,

ORDERED that that the previously filed Equal Access to Justice Act petition [Doc #28] is hereby withdrawn;

It is further ORDERED that Plaintiff, Gregory Charles Cole, is awarded attorney fees in the amount of Nine Thousand Dollars and 00/100 Cents ($9,000.00) under the Equal Access to Justice Act. This award will be paid directly to Plaintiff, Gregory Charles Cole, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

May 16, 2022                                                          Kaymani D. West
Florence, South Carolina                                   United States Magistrate Judge